IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,               )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )      Case No. 1:22-cr-10086-JDB-1
                                        )
DALTON ERIC CRUTCHFIELD,                )
                                        )
            Defendant.                  )

---

ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR REDUCTION IN
SENTENCE UNDER AMENDMENT 821

---

Before the Court is the pro se motion of the Defendant, Dalton Eric Crutchfield, for a

sentence reduction pursuant to Amendment 821 to the United States Sentencing Guidelines.

(Docket Entry ("D.E.") 78.)   However, subsequent to the motion's filing, the Sixth Circuit ruled

on direct appeal that there "is no arguable basis for Crutchfield to challenge his sentence under

Amendment 821."   (D.E. 85 at PageID 366.)   As his eligibility for the relief sought has already

been determined, Defendant's motion is moot and is DENIED on that basis.

IT IS SO ORDERED this 29th day of April 2025.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE