IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA.

    Plaintiff,

v.                                                                                 No. 1:22-cr-10086-JDB-1

DALTON ERIC CRUTCHFIELD,

    Defendant.

ORDER CONSTRUING FILING AS AMENDMENT TO § 2255 PETITION
AND
DIRECTING CLERK TO FILE IN CIVIL CASE

On May 12, 2025, the Defendant, Dalton Eric Crutchfield, filed in this matter a pro se document entitled "Affidavit of Merits," which the Court construes, in part, as an amendment to his 28 U.S.C. § 2255 petition filed in *Crutchfield v. United States*, No. 1:24-cv-01211-JDB-jay (W.D. Tenn.) (the "§ 2255 Case"). (Docket Entry 102.) The Clerk is DIRECTED to file the document in the § 2255 Case.

IT IS SO ORDERED this 14th day of May 2025.

                                                    s/ J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE