IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 1:22-cr-10086-JDB-1

DALTON CRUTCHFIELD, JR.,

    Defendant.

---

ORDER CONSTRUING FILING AS SECOND OR SUCCESSIVE MOTION TO VACATE,
SET ASIDE OR CORRECT SENTENCE UNDER TO 28 U.S.C. § 2255
AND
TRANSFERRING MOTION TO SIXTH CIRCUIT COURT OF APPEALS

---

Pending on the Court's docket in this matter is the pro se motion of the Defendant, Dalton Eric Crutchfield, Jr., Bureau of Prisons ("BOP") registration number 27241-510, a federal prisoner in the custody of the BOP at United States Penitentiary McCreary in Pine Knot, Kentucky, to "Vacate [His] [C]onviction and Remand [for] Entry of a [N]ew ]P]lea." (Docket Entry 105.) The Court construes the filing as a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. This is Crutchfield's second or successive § 2255 motion. (*See Crutchfield v. United States*, Case No. 1:24-cv-01211-JDB-jay (W.D. Tenn.).) Thus, this Court lacks the authority to decide the motion because the Sixth Circuit Court of Appeals has not approved its filing. *See* 28 U.S.C. §§ 2244(b)(3)(A), 2255(h). Under *In re Sims*, 111 F.3d 45 (6th Cir. 1997) (per curiam), "when a second or successive petition for habeas corpus relief or § 2255 motion is filed in the district court without § 2244(b)(3) authorization from [the Sixth Circuit], the district court shall transfer the document to [the Sixth Circuit] pursuant to 28 U.S.C. § 1631." *In re Sims*, 111 F.3d at 47; *see*

*also Moreland v. Robinson*, 813 F.3d 315, 325 (6th Cir. 2016) ("the district court should have transferred those motions here for processing as requests for permission to present claims in a second or successive habeas petition," citing *In re Sims*).

Therefore, under *In re Sims* and 28 U.S.C. § 1631, it is hereby ORDERED that the Clerk transfer this motion to the United States Court of Appeals for the Sixth Circuit.

IT IS SO ORDERED this 2nd day of December 2025.

s/ J. DANIEL BREEN<br>UNITED STATES DISTRICT JUDGE